**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TIMOTHY A. JONES,**

     Plaintiff,

v.                                                                                    Civil Action No. **3:11CV596**

**CARLOYN ROBINSON,** *et. al,*

     Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 15, 2011, the Court conditionally docketed

Plaintiff's civil action.  At that time, the Court directed Plaintiff to submit a statement under oath

or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1).  The Court provided Plaintiff with an *in forma pauperis* affidavit

form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee

by signing and returning a consent to the collection of fees form.  The Court warned Plaintiff that

a failure to comply with either of the above directives within thirty (30) days of the date of entry

thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court.  Plaintiff failed to return a

completed *in forma pauperis* affidavit form and a consent to collection of fees form.  As a result,

he does not qualify for *in forma pauperis* status.  Furthermore, he has not paid the statutory filing

fee for the instant complaint.  *See* 28 U.S.C. § 1914(a).  Such actions demonstrate a wilful failure

to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED

WITHOUT PREJUDICE.

It is so ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

Date: 11-18-11
Richmond, Virginia

2